538 A.2d 495

**Joann ROSIPAL, an individual, Appellant,**

**v.**

**MONTGOMERY WARD, a corporation.**

Supreme Court of Pennsylvania.

Argued March 10, 1988.

Decided March 21, 1988.

Anthony J. Martin, P.C., Monroeville, for appellant.

Joseph Lurie, Philadelphia, amicus curiae-A.F.L.–C.I.O.

Scott A. Millhouse, Louis C. Long, Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and STOUT, JJ., dissent.